JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LAMAR HAIRSTON, <br><br> Plaintiff, <br><br> v. <br><br> G. GASGONIA, et al., <br><br> Defendants. | Case No. 5:22-cv-02236-MCS (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Complaint, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: March 15, 2023

MARK C. SCARSI
United States District Judge